B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ASDI Incorporated** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ASDI Biosciences;      Analytical Services of Delaware** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**02-0572305** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**601 Interchange Blvd.**<br>**Newark, DE**<br>ZIP Code **19711** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Castle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ASDI Incorporated** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): ASDI Incorporated |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ John D. McLaughlin, Jr._____
Signature of Attorney for Debtor(s)

**John D. McLaughlin, Jr. 4123**
Printed Name of Attorney for Debtor(s)

**Ciardi Ciardi & Astin**
Firm Name

**919 North Market Street**
**Suite 700**
**Wilmington, DE 19801**
Address

**302-658-1100  Fax: 302-658-1300**
Telephone Number

_1 July 2010_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Ronald J. Paloni**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

_07-01-10_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# WRITTEN CONSENT OF THE SOLE SHAREHOLDER
# OF
# ASDI, INCORPORATED

The undersigned, being the sole shareholder, as well as President and chief executive Officer, of ASDI, Incorporated (the "Company"), does hereby adopt the following resolutions by signing his written consent hereto:

## PETITION FOR RELIEF UNDER CHAPTER 11, TITLE 11
## OF THE UNITED STATES CODE

WHEREAS, the sole shareholder, after due consideration, and being fully advised of the Company's options, deems it to be in the best interests of the Company to seek relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court in the District of Delaware ("Bankruptcy Court"); and

WHEREAS, the Company will need to take certain steps to seek relief under the Bankruptcy Code;

NOW, THEREFORE, IT IS HEREBY:

RESOLVED, that the Company be, and hereby is, authorized to seek relief under the Bankruptcy Code; and further

RESOLVED, that the President be, and hereby is, authorized and directed to execute and deliver on behalf of the Company any and all documents, certificates, instruments and agreements, and to take any and all actions as he deems necessary or appropriate in connection with seeking relief under the Bankruptcy Code; and further

RESOLVED, that the President be, and hereby is, authorized and directed to take any and all further action by and on behalf of the Company as he shall deem necessary or appropriate to further the purposes of the foregoing resolutions; and further

RESOLVED, that the President be, and hereby is, authorized, in the name and on behalf of the Company, to incur and pay any and all necessary and reasonable fees and expenses incurred in connection with the actions contemplated by the foregoing resolutions including, without limitation, the engagement of counsel, accountants, financial institutions, other advisors and other agents; and further

RESOLVED, that any and all actions of the President and/or any agent of the Company, acting within the scope of authority designated by the President, taken prior to the date hereof, which would be authorized by the foregoing resolutions if taken after the date hereof, be and hereby are, ratified, adopted and approved as of the date such actions were taken.

WHEREAS, the President, after due consideration, deems it to be in the best interests of the Company to seek relief under the Bankruptcy Code; and

WHEREAS, the President, after due consideration, deems it to be in the best interests of the Company to retain Ciardi, Ciardi & Astin to represent the Company in connection with obtaining and pursuing relief under the Bankruptcy Code;

NOW, THEREFORE, IT IS HEREBY:

RESOLVED, that the Company be, and hereby is, authorized to retain Ciardi, Ciardi & Astin for the purpose of obtaining relief under the Bankruptcy Code, of representing the Company before the Bankruptcy Court and for such other purposes as the <u>President</u> shall deem appropriate; and further

RESOLVED, that the Company be, and hereby is, authorized to disburse the requisite retainer to Ciardi, Ciardi & Astin and to make such other disbursements, consistent with the Bankruptcy Code and as approved by the Bankruptcy Court, to Ciardi, Ciardi & Astin as the <u>President</u> shall deem appropriate; and further

RESOLVED, that the <u>President</u> be, and hereby is, authorized and directed to execute and deliver on behalf of the Company any and all documents and to take such actions as <u>he</u> deems necessary or appropriate in connection with retaining Ciardi, Ciardi & Astin; and further

RESOLVED, that the <u>President</u> be, and hereby is, authorized and directed to take any and all further action by and on behalf of the Company as <u>he</u> shall deem necessary or appropriate to further the purposes of the foregoing resolutions; and further

RESOLVED, that any and all actions of the <u>President</u> and/or any agent of the Company, acting within the scope of authority designated by the <u>President</u>, taken prior to the date hereof, which would be authorized by the foregoing resolutions if taken after the date hereof, be and hereby are, ratified, adopted and approved as of the date such actions were taken.

These actions and resolutions are effective as of 1 July 2010.

Dated: 07-01-10

Ronald J. Paloni
Sole Shareholder

# United States Bankruptcy Court
## District of Delaware

In re  **ASDI Incorporated**

Debtor(s)

Case No. _____

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ASDI Incorporated** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_1 July 2010_
Date

_/s/ John D. McLaughlin, Jr._
John D. McLaughlin, Jr. 4173
Signature of Attorney or Litigant
Counsel for **ASDI Incorporated**
Ciardi Ciardi & Astin
919 North Market Street
Suite 700
Wilmington, DE 19801
302-658-1100 Fax:302-658-1300

# United States Bankruptcy Court
## District of Delaware

In re  **ASDI Incorporated**

Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ronald J. Paloni**<br>**601 Interchange Boulevard**<br>**Newark, DE 19711** | | | **100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 07-01-10          Signature /s/ Ronald J. Paloni
**Ronald J. Paloni**
**President and CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    **ASDI Incorporated**              Case No. _____

                               Debtor(s)           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aerotek Professional Services<br>3689 Collection Ctr. Drive<br>Chicago, IL 60693 | Aerotek Professional Services<br>3689 Collection Ctr. Drive<br>Chicago, IL 60693 | Trade debt | | 5,824.50 |
| American Chemical Society<br>P.O. Box 157136<br>Washington, DC 20037-0136 | American Chemical Society<br>P.O. Box 157136<br>Washington, DC 20037-0136 | Trade debt | | 3,000.00 |
| Analysis Group Inc.<br>111 Huntington Avenue<br>10th Floor<br>Boston, MA 02199 | Analysis Group Inc.<br>111 Huntington Avenue<br>10th Floor<br>Boston, MA 02199 | Trade debt | | 21,347.50 |
| Apocope Trading LTD<br>25 Aphrodite Street<br>PO Box 26025<br>Nicosia Cyprus | Apocope Trading LTD<br>25 Aphrodite Street<br>PO Box 26025 | Trade debt | | 3,400.00 |
| ASDI Management Services Corp<br>1150 First Avenue<br>Suite 501<br>King of Prussia, PA 19406 | ASDI Management Services Corp<br>1150 First Avenue<br>Suite 501<br>King of Prussia, PA 19406 | Trade debt | | 19,954.73 |
| Beard Research Inc., and CB Research & D<br>c/o R. Karl Hill, Esq.<br>Seitz, Van Ogletrop & Green, P.A.<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Beard Research Inc., and CB Research & D<br>c/o R. Karl Hill, Esq.<br>Seitz, Van Ogletrop & Green, P.A.<br>Wilmington, DE 19801 | Judgment (Levy initiated) | Disputed | 6,700,000.00 |
| Blue Cross Blue Shield of DE<br>Blue Cross Blue Shield of Delaware W<br>510247<br>P.O. Box 7777<br>Philadelphia, PA 19175-0247 | Blue Cross Blue Shield of DE<br>Blue Cross Blue Shield of Delaware W<br>510247<br>Philadelphia, PA 19175-0247 | Trade debt | | 15,281.03 |
| Cyberdaptive Inc.<br>PO Box 7989<br>Newark, DE 19714 | Cyberdaptive Inc.<br>PO Box 7989<br>Newark, DE 19714 | Trade debt | | 23,100.00 |

B4 (Official Form 4) (12/07) - Cont.

In re ASDI Incorporated
              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Discovery Resources, LLC<br>P.O. BOX 2158<br>Vineland, NJ 08362-2158 | Discovery Resources, LLC<br>P.O. BOX 2158<br>Vineland, NJ 08362-2158 | Trade debt | | 2,990.00 |
| EHM ELKTON - BLDG 605<br>10 CORPORATE CIRCLE,SUITE 100<br>New Castle, DE 19720 | EHM ELKTON - BLDG 605<br>10 CORPORATE CIRCLE,SUITE 100<br>New Castle, DE 19720 | Trade debt | | 17,415.11 |
| EHM ELKTON - BLDG 614<br>10 Corporate Circle, Suite 100<br>New Castle, DE 19720 | EHM ELKTON - BLDG 614<br>10 Corporate Circle, Suite 100<br>New Castle, DE 19720 | Trade debt | | 429,794.69 |
| Elzufon,Austin,Reardon,Tarlov &Mondell P<br>P.O. Box 1630<br>Wilmington, DE 19899 | Elzufon,Austin,Reardon,Tarlov &Mondell P<br>P.O. Box 1630<br>Wilmington, DE 19899 | Professional fees | | 112,136.37 |
| First Insurance Funding Corp.<br>8075 Innovation Way<br>Chicago, IL 60682 | First Insurance Funding Corp.<br>8075 Innovation Way<br>Chicago, IL 60682 | Trade debt | | 6,197.46 |
| Frontier Scientific, Inc.<br>P.O. BOX 31<br>Logan, UT 84323-0031 | Frontier Scientific, Inc.<br>P.O. BOX 31<br>Logan, UT 84323-0031 | Trade debt | | 2,693.20 |
| Intelligent Systems, Inc<br>601 Interchange Blvd<br>NEWARK, DE 19711 | Intelligent Systems, Inc<br>601 Interchange Blvd<br>NEWARK, DE 19711 | Trade debt | | 4,054.64 |
| Keen Compressed Gas Co.<br>P.O. BOX 15151<br>WILMINGTON, DE 19850-5151 | Keen Compressed Gas Co.<br>P.O. BOX 15151<br>WILMINGTON, DE 19850-5151 | Trade debt | | 2,472.79 |
| Rem Systems, Inc<br>P.O. Box 436<br>Malvern, PA 19355-0436 | Rem Systems, Inc<br>P.O. Box 436<br>Malvern, PA 19355-0436 | Trade debt | | 2,319.76 |
| Select Staffing<br>24223 Network Place<br>Chicago, IL 60673-1242 | Select Staffing<br>24223 Network Place<br>Chicago, IL 60673-1242 | Trade debt | | 5,664.51 |
| Wachovia Business Lease<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Wachovia Business Lease<br>1111 Old Eagle School Road<br>Wayne, PA 19087 | Trade debt | | 2,670.48 |
| Young Connaway Stargatt & Taylor, LLP<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Young Connaway Stargatt & Taylor, LLP<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Professional fees | | 526,297.15 |

B4 (Official Form 4) (12/07) - Cont.

In re   ASDI Incorporated                                                                      Case No. _____

                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  07-01-10                      Signature  _____
                                               **Ronald J. Paloni**
                                               **President and CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

ACB Blocks LTD (Wire)
P.O. BOX 10
Moscow, Russia

Aerotek Professional Services
3689 Collection Ctr. Drive
Chicago, IL 60693

American Chemical Society
P.O. Box 157136
Washington, DC 20037-0136

Analysis Group Inc.
111 Huntington Avenue
10th Floor
Boston, MA 02199

Apocope Trading LTD
25 Aphrodite Street
PO Box 26025
Nicosia Cyprus

ASDI Incorporated
601 Interchange Boulevard
Newark, DE 19711

ASDI Management Services Corp
1150 First Avenue
Suite 501
King of Prussia, PA 19406

AT&T Mobility
P.O. BOX 6463
Carol Stream, IL 60197-6463

Beard Research Inc., and CB Research & D
c/o R. Karl Hill, Esq.
Seitz, Van Ogletrop & Green, P.A.
222 Delaware Avenue
Wilmington, DE 19801

Bentley Financial
PO Box 17497
Baltimore,

Blue Cross Blue Shield of DE
Blue Cross Blue Shield of DE 510247
P.O. Box 7777
Philadelphia, PA 19175-0247

ChemAxon LLC
Douglas Bowie Enterprises, Inc.
400 Beal Street, Suite 101
San Francisco, CA 94105

Cingular Wireless
P.O. Box 6416
Carol Stream, IL 60197-6416

Cingular Wireless
P.O. Box 17252
Baltimore, MD 21297-1252

Cingular Wireless
P.O. Box 17542
BALTIMORE, MD 21297-1542

Commercial-Wagnerm Inc.
PO Box 12099
Baltimore, MD 21281-2099

Cyberdaptive Inc.
PO Box 7989
Newark, DE 19714

i

Delmarva Power
P.O. Box 17000
WILMINGTON, DE 19886

Discovery Resources, LLC
P.O. BOX 2158
Vineland, NJ 08362-2158

E.J. Sprague, Co.
1652 West Pulaski Highway
Elkton, MD 21921

EHM ELKTON - BLDG 601-603
10 Corporate Circle Suite 100
New Castle, DE 19720

EHM ELKTON - BLDG 605
10 CORPORATE CIRCLE,SUITE 100
New Castle, DE 19720

EHM ELKTON - BLDG 614
10 Corporate Circle, Suite 100
New Castle, DE 19720

Elzufon,Austin,Reardon,Tarlov &Mondell P
P.O. Box 1630
Wilmington, DE 19899

First Insurance Funding Corp.
8075 Innovation Way
Chicago, IL 60682

Frontier Scientific, Inc.
P.O. BOX 31
Logan, UT 84323-0031

G & K Srvcs/Best Uniform Rental, Inc
P.O. Box 8
Laurel, MD 20725

GE Capital
P. O. BOX 642555
PITTSBURGH, PA 15264-2555

GE Capital Pittsburgh
P. O. Box 642555
PA  15264-2555

Grainger
Grainger Dept 866471568
Palatine, IL 60038

Ice Butler
3626 Old Capitol Trail
Wilmington, DE 19808

Intelligent Systems, Inc
601 Interchange Blvd
NEWARK, DE 19711

Keen Compressed Gas Co.
P.O. BOX 15151
WILMINGTON, DE 19850-5151

Kinley Wilson
23 CAXLON DR.
NEW CASTLE, DE 19720

Lab Support
Lab Support File # 54318
Los Angeles, CA 90074-4318

Metlife SBC
P.O. Box 804466
Kansas City, MO 64180-4466

Neopost
P.O. Box 45800
SAN FRANCISO, CA 60306

Oksana Paloni
110 Halle Drive
Kennett Square, PA  19348

Primary Financial Corp  And  Royal Bank
550 Township Line Road Suit 425
Blue Bell, PA 19422

Rem Systems, Inc
P.O. Box 436
Malvern, PA 19355-0436

Ronald J. Paloni
110 Halle Drive
Kennett Square, PA  19348

Select Staffing
24223 Network Place
Chicago, IL 60673-1242

Spectrum Chemicals & Laboratory Products
File No. 11990
Los Angeles, CA 90074-1990

Sprint Communications
P.O. Box 4191
Carol Stream, IL 60197-4191

Standard Insurance
1100 SWth Avenue
Portland, OR 97204

Tecot Electric Supply Co.
P.O. Box 7777-W510064
Philadelphia, PA 19175

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

United Electric Supply Co. Inc.
PO BOX 8500-6340
Philadelphia, PA 19178

United Water
P.O. Box 371804
Pittsburgh, PA 15250

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Verizon 302-737-0915 CS
42Y P.O. Box 15026
Albany, NY 12212-5026

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

VWR International
P.O. Box 640169
PITTSBURGH, PA 15264-0169

W.B. Mason Co., Inc.
P.O. Box 55840
Boston, MA 02205-5840

Wachovia Business Lease
1111 Old Eagle School Road
Wayne, PA 19087

XO Communicaitons
14242 Collections Center Dr
Chicago, IL 60693-0142

Young Connaway Stargatt & Taylor, LLP
P.O. Box 391
Wilmington, DE 19899-0391

Securities & Exchange Commission
New York Regional Office
Attn: Nathan Fuchs
233 Broadway
New York, NY 10279

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326

Securities & Exchange Commission
15th & Pennsylvania Ave., NW
Washington, DC 20020

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903