## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ASDI, Incorporated, | : | Case No. 10-12139 (CSS) |
|  | : |  |
| Debtor. | : |  |

## NOTES AND DISCLAIMERS REGARDING THE DEBTOR'S STATEMENT
## OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES

The Debtor hereby submits its Statements of Financial Affairs (the "Statements") and Schedules of Assets and Liabilities (the "Schedules") pursuant to section 521 of the Bankruptcy Code and Rule 1007 Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"). The following notes regarding the Statements and Schedules are fully incorporated into and made part of the Statements and Schedules and should be referred to and considered in connection with any review of the Statements and Schedules:

1.      Unless otherwise noted, the financial and other information contained in the Statements and Schedules is derived from the Debtor in accordance with the Debtor's financial reporting and accounting policies and procedures. The information provided for herein, except as otherwise noted, represents the asset and liability data of the Debtor as of the Order for Relief Date.

2.      Given the differences between the information to be submitted in the Statements and Schedules and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Statements and Schedules may not reflect the values and amounts that would be set forth in a balance sheet or other financial reports for the Debtor prepared in accordance with Generally Accepted Accounting Principles.

3.     The Statements and Schedules prepared by the Debtor's management and professionals are unaudited. While the Debtor have tried to ensure that the Statements and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statements and Schedules.

4.     While the Debtor has sought to file complete and accurate Statements and Schedules, inadvertent errors and omissions may exist. The Debtor reserves all rights to amend the Statements and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statements and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Statements and Schedules shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

5.     Any failure to designate a claim on the Statements and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules or the Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves the right to amend their Schedules and Statements as necessary and appropriate.

6.     The Debtor has sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the

preparation of the Statements and Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

7.      Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate held by governmental entities. The Debtor has not determined whether, and to what extent, any of the creditors identified on Schedule "E" in fact are entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims that are entitled to priority.

8.      While reasonable efforts have been made to ensure the accuracy of Schedule "G," the Debtor does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any contracts, agreement, or documents listed herein. The Debtor hereby reserves the right to dispute the validity, status, characterization, re-characterization (whether as a disguised financings or otherwise) or enforceability of any contracts, agreements or leases set forth herein and to amend or supplement this Schedule "G."

9.      Certain of the contracts, agreements and leases listed on Schedule "G" may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein.

# United States Bankruptcy Court
## District of Delaware

In re    **ASDI Incorporated**             Case No.    **10-12139**

                     Debtor

Chapter         **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 827,649.36 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,090,557.06 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 1,678,175.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 827,649.36 | | |
| Total Liabilities | | | | 8,768,732.33 | |

In re   **ASDI Incorporated**                      Case No.   **10-12139**

                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  __0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

In re **ASDI Incorporated**                                      Case No. __10-12139__

_____ ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Cash** | - | 195.99 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | - | 63,164.18 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >        63,360.17 |
|---|---|
|  | (Total of this page) |

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                      Best Case Bankruptcy

In re   **ASDI Incorporated**                                        Case No.    **10-12139**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various accounts receivable** | - | 81,539.33 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

| | Sub-Total > | 81,539.33 |
|---|---|---|
| | (Total of this page) | |

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re  **ASDI Incorporated**          Case No.    __10-12139__

_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **2008 Bentley** <br><br> **2008 Bentley** | - <br><br> - | **0.00** <br><br> **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Van** <br><br> **Land Rover** | - <br><br> - | **Unknown** <br><br> **10,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** | - | **9,500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Business equipment** | - | **Unknown** |
| 30. Inventory. | | **Chemicals inventory** | - | **663,249.86** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | **682,749.86** |
| Total > | **827,649.36** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **ASDI Incorporated** ,                           Case No. __10-12139__
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Judgment (Levy initiated) | | | | | |
| Beard Research Inc., and CB Research & D c/o R. Karl Hill, Esq. Seitz, Van Ogletrop & Green, P.A. 222 Delaware Avenue Wilmington, DE 19801 | - | | | | | | | X | | |
| | | | | | Value $          Unknown | | | | 6,700,000.00 | Unknown |
| Account No. | | | | | Auto Purchase | | | | | |
| Bentley Financial PO Box 17497 Baltimore, MD 21297-1497 | - | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 390,557.06 | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**  continuation sheets attached

| | Subtotal (Total of this page) | 7,090,557.06 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 7,090,557.06 | 0.00 |

In re __ASDI Incorporated__ _____,  Case No. _____10-12139_____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

   *_Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__0___ continuation sheets attached

In re  **ASDI Incorporated**                                      Case No.  **10-12139**
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **ACB Blocks LTD (Wire)** **P.O. BOX 10** **Moscow, Russia** | - | | | | | | | | 1,800.00 |
| Account No. | | | | | Trade debt | | | | |
| **Aerotek Professional Services** **3689 Collection Ctr. Drive** **Chicago, IL 60693** | - | | | | | | | | 5,824.50 |
| Account No. | | | | | | | | | |
| **AK Scientific** **P.O. Box 60394** **Palo Alto, CA 94306** | - | | | | | | | | 113.76 |
| Account No. | | | | | Trade debt | | | | |
| **American Chemical Society** **P.O. Box 157136** **Washington, DC 20037-0136** | - | | | | | | | | 3,000.00 |

_**10**_   continuation sheets attached

Subtotal
(Total of this page)                    10,738.26

In re __ASDI Incorporated__ _____,  Case No. ___10-12139___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Analysis Group Inc.** **111 Huntington Avenue** **10th Floor** **Boston, MA 02199** | | - | | | | | 21,347.50 |
| Account No. | | | Trade debt | | | | |
| **Apocope Trading LTD** **25 Aphrodite Street** **PO Box 26025** **Nicosia Cyprus** | | - | | | | | 3,400.00 |
| Account No. | | | Trade debt | | | | |
| **ASDI Management Services Corp** **1150 First Avenue** **Suite 501** **King of Prussia, PA 19406** | | - | | | | | 19,954.73 |
| Account No. | | | Trade debt | | | | |
| **AT&T Mobility** **P.O. BOX 6463** **Carol Stream, IL 60197-6463** | | - | | | | | 137.69 |
| Account No. | | | | | | | |
| **Atlantic Coast** **630 Churchman's Road** **Newark, DE 19713** | | - | | | | | 210.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,049.92

In re __ASDI Incorporated__ , Case No. ___10-12139___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Blue Cross Blue Shield of DE Blue Cross Blue Shield of Delaware W 510247 P.O. Box 7777 Philadelphia, PA 19175-0247 | | - | | | | | | 15,281.03 |
| Account No. | | | | Trade debt | | | | |
| ChemAxon LLC Douglas Bowie Enterprises, Inc. 400 Beal Street, Suite 101 San Francisco, CA 94105 | | - | | | | | | 1,300.00 |
| Account No. xxxxx5845 | | | | Trade debt | | | | |
| Cingular Wireless P.O. Box 6416 Carol Stream, IL 60197-6416 | | - | | | | | | 0.20 |
| Account No. xxxxx2579 | | | | Trade debt | | | | |
| Cingular Wireless P.O. Box 17252 Baltimore, MD 21297-1252 | | - | | | | | | 0.27 |
| Account No. xxxxxxxx-x01-38 | | | | Trade debt | | | | |
| Cingular Wireless P.O. Box 17542 BALTIMORE, MD 21297-1542 | | - | | | | | | 61.76 |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 16,643.26

In re __ASDI Incorporated__ _____,  Case No. ___10-12139___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Commercial-Wagnerm Inc.** PO Box 12099 Baltimore, MD 21281-2099 | | - | | | | | 1,394.32 |
| Account No. | | | Trade debt | | | | |
| **Cyberdaptive Inc.** PO Box 7989 Newark, DE 19714 | | - | | | | | 23,100.00 |
| Account No. **xxxxxxxx9706** | | | Trade debt | | | | |
| **Delmarva Power** P.O. Box 17000 WILMINGTON, DE 19886 | | - | | | | | 69.35 |
| Account No. | | | Trade debt | | | | |
| **Discovery Resources, LLC** P.O. BOX 2158 Vineland, NJ 08362-2158 | | - | | | | | 2,990.00 |
| Account No. | | | Trade debt | | | | |
| **E.J. Sprague, Co.** 1652 West Pulaski Highway Elkton, MD 21921 | | - | | | | | 304.10 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,857.77

In re **ASDI Incorporated**                                               Case No. __10-12139__
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Trade debt | | | | |
| EHM ELKTON - BLDG 601-603 10 Corporate Circle Suite 100 New Castle, DE 19720 | | | | | | | | 1,166.66 |
| Account No. **xxxG 605** | | - | | Trade debt | | | | |
| EHM ELKTON - BLDG 605 10 CORPORATE CIRCLE,SUITE 100 New Castle, DE 19720 | | | | | | | | 17,415.11 |
| Account No. **xxxG 614** | | - | | Trade debt | | | | |
| EHM ELKTON - BLDG 614 10 Corporate Circle, Suite 100 New Castle, DE 19720 | | | | | | | | 429,794.69 |
| Account No. | | - | | Professional fees | | | | |
| Elzufon,Austin,Reardon,Tarlov &Mondell P P.O. Box 1630 Wilmington, DE 19899 | | | | | | | | 112,136.37 |
| Account No. | | - | | Trade debt | | | | |
| First Insurance Funding Corp. 8075 Innovation Way Chicago, IL 60682 | | | | | | | | 6,197.46 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

566,710.29

In re **ASDI Incorporated**                                    Case No. **10-12139**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Frontier Scientific, Inc. P.O. BOX 31 Logan, UT 84323-0031 | | - | | | | | | 2,693.20 |
| Account No. **xxx92-01** | | | | Trade debt | | | | |
| G & K Srvcs/Best Uniform Rental, Inc P.O. Box 8 Laurel, MD 20725 | | - | | | | | | 2,062.14 |
| Account No. | | | | Trade debt | | | | |
| GE Capital P. O. BOX 642555 PITTSBURGH, PA 15264-2555 | | - | | | | | | 382.17 |
| Account No. | | | | Trade debt | | | | |
| Grainger Grainger Dept 866471568 Palatine, IL 60038 | | - | | | | | | 130.86 |
| Account No. | | | | Trade debt | | | | |
| Ice Butler 3626 Old Capitol Trail Wilmington, DE 19808 | | - | | | | | | 776.00 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          6,044.37

In re     **ASDI Incorporated**                                    Case No. ____10-12139____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Trade debt | | | | |
| Intelligent Systems, Inc 601 Interchange Blvd NEWARK, DE 19711 | | | | | | | 4,054.64 |
| Account No. | | - | Trade debt | | | | |
| Keen Compressed Gas Co. P.O. BOX 15151 WILMINGTON, DE 19850-5151 | | | | | | | 2,472.79 |
| Account No. | | - | Trade debt | | | | |
| Kinley Wilson 23 CAXLON DR. NEW CASTLE, DE 19720 | | | | | | | 631.00 |
| Account No. **x4318** | | - | Trade debt | | | | |
| Lab Support Lab Support File # 54318 Los Angeles, CA 90074-4318 | | | | | | | 1,045.50 |
| Account No. | | - | Trade debt | | | | |
| Metlife SBC P.O. Box 804466 Kansas City, MO 64180-4466 | | | | | | | 1,936.44 |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **10,140.37**

In re __ASDI Incorporated__ Case No. __10-12139__
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Neopost P.O. Box 45800 SAN FRANCISO, CA 60306 | | - | | | | | | 118.89 |
| Account No. | | | | Payroll | | | | |
| Oksana Paloni 110 Halle Drive Kennett Square, PA 19348 | | - | | | | | | 133,461.56 |
| Account No. | | | | Trade debt | | | | |
| Rem Systems, Inc P.O. Box 436 Malvern, PA 19355-0436 | | - | | | | | | 2,319.76 |
| Account No. | | | | Payroll | | | | |
| Ron Paloni 110 Halle Drive Kennett Square, PA 19348 | | - | | | | | | 319,230.77 |
| Account No. | | | | Trade debt | | | | |
| Select Staffing 24223 Network Place Chicago, IL 60673-1242 | | - | | | | | | 5,664.51 |

Sheet no. __7__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 460,795.49

In re **ASDI Incorporated**                                              Case No. **10-12139**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxD002** | | | Trade debt | | | | |
| **Spectrum Chemicals & Laboratory Products** **File No. 11990** **Los Angeles, CA 90074-1990** | - | | | | | | 40.64 |
| Account No. **xxxxx4127** | | | Trade debt | | | | |
| **Sprint Communications** **P.O. Box 4191** **Carol Stream, IL 60197-4191** | - | | | | | | 50.93 |
| Account No. | | | Trade debt | | | | |
| **Standard Insurance** **1100 SWth Avenue** **Portland, OR 97204** | - | | | | | | 613.72 |
| Account No. | | | Trade debt | | | | |
| **Tecot Electric Supply Co.** **P.O. Box 7777-W510064** **Philadelphia, PA 19175** | - | | | | | | 22.30 |
| Account No. **xx0125** | | | Trade debt | | | | |
| **Uline** **2200 S. Lakeside Drive** **Waukegan, IL 60085** | - | | | | | | 880.51 |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,608.10

In re __ASDI Incorporated_____,     Case No. ___10-12139_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **United Electric Supply Co. Inc.** <br> **PO BOX 8500-6340** <br> **Philadelphia, PA 19178** | | - | Trade debt | | | | 30.00 |
| Account No. xxxxxxxxxx2395 <br><br> **United Water** <br> **P.O. Box 371804** <br> **Pittsburgh, PA 15250** | | - | Trade debt | | | | 170.45 |
| Account No. <br><br> **UPS** <br> **P.O. Box 7247-0244** <br> **Philadelphia, PA 19170-0001** | | - | Trade debt | | | | 40.00 |
| Account No. <br><br> **Verizon 302-737-0915 CS** <br> **42Y P.O. Box 15026** <br> **Albany, NY 12212-5026** | | - | Trade debt | | | | 208.20 |
| Account No. xxxxxxxxx-x0001 <br><br> **Verizon Wireless** <br> **P.O. Box 25505** <br> **Lehigh Valley, PA 18002-5505** | | - | Trade debt | | | | 604.59 |

Sheet no. __9___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,053.24

In re    **ASDI Incorporated**                                          Case No. _____**10-12139**_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9269** | | | Trade debt | | | | |
| **VWR International** P.O. Box 640169 PITTSBURGH, PA 15264-0169 | - | | | | | | 860.48 |
| Account No. | | | Trade debt | | | | |
| **W.B. Mason Co., Inc.** P.O. Box 55840 Boston, MA 02205-5840 | - | | | | | | 299.82 |
| Account No. | | | Trade debt | | | | |
| **Wachovia Business Lease** 1111 Old Eagle School Road Wayne, PA 19087 | - | | | | | | 2,670.48 |
| Account No. | | | Trade debt | | | | |
| **XO Communicaitons** 14242 Collections Center Dr Chicago, IL 60693-0142 | - | | | | | | 1,406.27 |
| Account No. | | | Professional fees | | | | |
| **Young Connaway Stargatt & Taylor, LLP** P.O. Box 391 Wilmington, DE 19899-0391 | - | | | | | | 526,297.15 |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 531,534.20 |
| Total (Report on Summary of Schedules) | 1,678,175.27 |

In re   **ASDI Incorporated**                                               Case No.   **10-12139**

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **EHM ELKTON**<br>**10 Corporate Circle**<br>**Suite 100**<br>**New Castle, DE 19720** | **Building Lease** |
| **GE Capital Pittsburgh**<br>**P. O. Box 642555**<br>**PA  15264-2555** | **Beckman coulter - optima telx**<br>**Agilent - lc/ms single quad ex -1200 series binary**<br>**pump sl - plus installiation**<br>**Agilent preparative pump, preparative pump**<br>**graclient,mass spec fraction coil, fraction**<br>**collector prep scale, Agilent inert xl, network gc,**<br>**auto injector module, autosampler tray**<br>**Waters autopurification system** |
| **Intelligence Systems**<br>**601 Interchange Blvd**<br>**Newark, DE 19711** | **Computer technical support contract** |
| **Primary Financial Corp  And  Royal Bank**<br>**550 Township Line Road Suit 425**<br>**Blue Bell, PA 19422** | **Waters Single Quad Analytical LCMSSystems**<br>**Waters MS System With Acquity** |
| **Wachovia Business Lease**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | **Waters Quattro Micro MS/MS**<br>**BD Gentest Solubility Scanner** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **ASDI Incorporated**        Case No.   __10-12139__

                             Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Advanced Synthesis Group Inc.** | **Beard Research Inc., and CB Research & D**<br>**c/o R. Karl Hill, Esq.**<br>**Seitz, Van Ogletrop & Green, P.A.**<br>**222 Delaware Avenue**<br>**Wilmington, DE 19801**<br>   **Jointly and severally responsible party on judgment issued in Beard Research et al. v. ASDI et al. litigation.** |
| **Alan Blize** | **Beard Research Inc., and CB Research & D**<br>**c/o R. Karl Hill, Esq.**<br>**Seitz, Van Ogletrop & Green, P.A.**<br>**222 Delaware Avenue**<br>**Wilmington, DE 19801**<br>   **Jointly and severally responsible party on judgment issued in Beard Research et al. v. ASDI et al. litigation.** |
| **Garry Smith** | **Beard Research Inc., and CB Research & D**<br>**c/o R. Karl Hill, Esq.**<br>**Seitz, Van Ogletrop & Green, P.A.**<br>**222 Delaware Avenue**<br>**Wilmington, DE 19801**<br>   **Jointly and severally responsible party on judgment issued in Beard Research et al. v. ASDI et al. litigation.** |
| **Michael J. Kates** | **Beard Research Inc., and CB Research & D**<br>**c/o R. Karl Hill, Esq.**<br>**Seitz, Van Ogletrop & Green, P.A.**<br>**222 Delaware Avenue**<br>**Wilmington, DE 19801**<br>   **Jointly and severally responsible party on judgment issued in Beard Research et al. v. ASDI et al. litigation.** |

**0**

____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Delaware

In re **ASDI Incorporated**                              Case No.  __10-12139__
                                                         Chapter  __11__

                        Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _07-14-2010_          Signature _____

                                      Ronald J. Paloni
                                      **President and CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re  **ASDI Incorporated**                                    Case No.  __10-12139__

                                Debtor(s)                       Chapter  __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,510,411.01** | **2010; operation of business** |
| **$11,097,335.34** | **2009; operation of business** |
| **$17,813,069.37** | **2008; operation of business** |

---

**2. Income other than from employment or operation of business**

None

■     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                    SOURCE

---

### 3. Payments to creditors

None  *Complete a. or b., as appropriate, and c.*
■

    a.  *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None      b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
☐  immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See Schedule 3b** | | **$0.00** | **$0.00** |

None      c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐  creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See Schedule 3c** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None      a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐  this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **BEARD RESEARCH, INC. and CB RESEARCH & DEVELOPMENT, INC., v. MICHAEL J. KATES, ASDI, INC., ADVANCED SYNTHESIS GROUP, INC., ALAN BLIZE, GARRY SMITH, MICHAEL WAGAMAN and STEPHEN JONES 1316-VCP** | **Civil Action** | **Delaware Chancery Court** | **Judgment in favor of Plaintiffs** |

None      b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Ciardi Ciardi & Astin**<br>**919 N. Market Street**<br>**Suite 700**<br>**Wilmington, DE 19801** | **July, 2010** | **$40,000.00** |

#### 10. Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

#### 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Citizens Bank**<br>**P.O. Box 42001**<br>**Providence, RI 02940** | **MMA4675**<br>**MMA5548**<br>**MMA4640**<br>**MMA4667**<br>**MMA4792** | **$31,582.86 combined; closed May, 1010** |
| **Wachovia Bank**<br>**P.O. Box 563966**<br>**Charlotte, NC 28256** | **No. 2873**<br>**No. 2860** | **$3,732.90; closed April 2010** |

#### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

#### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

#### 14. Property held for another person

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **See Schedule 14** | | |

---

**15. Prior address of debtor**

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☐  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |
| **Newark**<br>**601 Interchange Blvd.**<br>**New Castle, DE 19720** | **Dept. Natural Resources & Envir. Control**<br>**Div. Air & Waste Mangmnt.**<br>**89 Kings Highway**<br>**Dover, DE  19901-0000** | **Monthly** | |

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Linda Tribit
173 Mercer Mill Road
Landenberg, PA 19350**

**Patt Leamy
10 Rankin Road
Newark, DE 19711**

**Ronda Wright
501 W. 32nd Street
Wilmington, DE 19802**

**Oksana Paloni
110 Halle Drive
Kennett Square, PA 19348**

**Ron Paloni, Sr.
110 Halle Drive
Kennett Square, PA 19348**

**Diane Manerchia
466 Crescent Drive
West Chester, PA 19382**

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Schalleur, Devine & Surgent, LLC** | |
| **237 Lancaster Ave.** | |
| **Suite 1000** | |
| **Devon, PA 19333** | |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Patt Leamy** | **10 Rankin Road**<br>**Newark, DE 19711** |
| **Linda Tribit** | **173 Mercer Mill Road**<br>**Landenberg, PA 19350** |
| **Ronda Wright** | **501 W. 32nd Street**<br>**Wilmington, DE 19802** |
| **Ron Paloni, Sr.** | **110 Halle Drive**<br>**Kennett Square, PA 19348** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **GE CAPITAL**<br>**P. O. BOX 642555**<br>**Pittsburgh, PA 15264** | **Various Dates** |
| **Wachovia Leasing**<br>**111 Old Eagle School Road**<br>**Wayne, PA 19087** | **Various Dates** |
| **Royal Bank Leasing**<br>**550 Township Line Road, Suite 425**<br>**Blue Bell, PA 19422** | **Various Dates** |
| **Primary Leasing**<br>**550 Township Line Road Suite 425**<br>**Blue Bell, PA 19422** | **Various Dates** |

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 6/21/2010 | **New Castle County Sheriff** | **none given** |
| 6/25/2010 | **New Castle County Sheriff** | **none given** |
| **May-June, 2010** | **Ron Paloni, Sr.** | **(Chemicals) $660,000.** |
| **May-June 2010** | **Ron Paloni, Jr.** | **(Furniture and furnishings) $9,500.** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **6/21/2010** | **New Castle County Sheriff** |
| **6/25/2010** | **New Castle County Sheriff** |
| **May-June, 2010** | **Ron Paloni, Sr.**<br>**110 Halle Drive**<br>**Kennett Square, PA 19348** |
| **May-June 2010** | **Ron Paloni, Jr.** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ron Paloni, Sr.**<br>**110 Halle Drive**<br>**Kennett Square, PA 19348** | **CEO** | **100% ownership** |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **ASDI, Inc. Savings and 401k Plan**<br>**Plan #64827** | **02-0572305** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date O7 -14 - 2010         Signature

**Ronald J. Paloni**
**President and CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Creditor | Type | Date | Num | Debit | Balance |
|---|---|---|---|---|---|
| **Aerotek Professional Services** 3689 Collection Ctr. Drive Chicago, IL 60693 | | | | | 0.00 |
| | Bill Pmt -Check | 06/04/2010 | 16212 | 2,443.33 | |
| | Bill Pmt -Check | 06/28/2010 | 16270 | 1,848.00 | |
| Total Aerotek Professional Services | | | | 4,291.33 | 9,069.56 |
| **AMERICAN EXPRESS - ASDI** P.O. BOX 1270 NEWARK, NJ 07101-1270 | | | | | 0.00 |
| | Bill Pmt -Check | 04/16/2010 | 16090 | 17,620.59 | |
| | Bill Pmt -Check | 05/12/2010 | 16173 | 20,011.93 | |
| | Bill Pmt -Check | 06/14/2010 | 16255 | 18,005.16 | |
| Total AMERICAN EXPRESS - ASDI | | | | 55,637.68 | 0.00 |
| **APOCOPE TRADING LTD** 25 Aphrodite Street PO Box 26025 Nicosia Cyprus | | | | | 0.00 |
| | Bill Pmt -Check | 06/21/2010 | wire | 3,400.00 | |
| | Bill Pmt -Check | 06/28/2010 | | 3,400.00 | |
| | Bill Pmt -Check | 06/30/2010 | | 3,400.00 | |
| Total APOCOPE TRADING LTD | | | | 10,200.00 | 0.00 |
| 1150 FIRST AVENUE SUITE 501 KING OF PRUSSIA, PA 19406 | | | | | |
| | Bill Pmt -Check | 06/04/2010 | 16214 | 5,653.92 | 19,954.73 |
| | | | 5,653.92 | 19,954.73 | |
| **ATTERCOP** Shovkunenko 8/20 Office 52 Kiev 03049 Ukraine | | | | | 147,155.95 |
| | Bill Pmt -Check | 04/15/2010 | WIRE | 4,015.23 | |
| | Bill Pmt -Check | 05/06/2010 | wire | 6,087.46 | |

| | General Journal | 06/02/2010 | JE #137 | 143,140.72 * | *not a payment but forgiveness of debt taken to income |
|---|---|---|---|---|---|
| Bill Pmt -Check | | 06/04/2010 | WIRE | 4,057.27 | 0.00 |
| | | | | | 0.00 |
| Total ATTERCOP | | | | 157,300.68 | |

**Beijing PharmaSciences Co., LTD**
48293 Manhattan Circle
Canton, MI 48188

| | General Journal | Date | JE | Amount | Forgiveness |
|---|---|---|---|---|---|
| Bill Pmt -Check | | 06/21/2010 | 16264 | 10,600.00 | |
| Bill Pmt -Check | | 06/28/2010 | 16272 | 5,500.00 | 0.00 |
| Total Beijing PharmaSciences Co., LTD | | | | 16,100.00 | 0.00 |

| Blank and Rome | Bill Pmt -Check | 06/10/2010 | 16252 | 20,000.00 | |
|---|---|---|---|---|---|
| Blank and Rome 06/28/2010 | 16304 | 54,040.41 | | 0.00 | |
| | | | | 74,040.41 | 0.00 |

**BLUE CROSS BLUE SHIELD OF DE**
W 510247 PO BOX 7777
PHILADELPHIA, PA 19175-0247

| | General Journal | Date | JE | Amount | 20,422.50 |
|---|---|---|---|---|---|
| Bill Pmt -Check | | 04/07/2010 | 16034 | 20,422.50 | 0.00 |
| Bill Pmt -Check | | 05/06/2010 | 16127 | 17,211.91 | 0.00 |
| Bill Pmt -Check | | 06/04/2010 | 16216 | 14,201.01 | 0.00 |
| | | 51,835.42 | | 15,281.03 | |
| Bill Pmt -Check | | 06/28/2010 | wire | 10,000.00 | |
| | | 10,000.00 | | 0.00 | 0.00 |

**Ciardi, Ciardi, & Astin**
919 Market Street Suite 700
Wilmington, DE 19801

| | General Journal | Date | JE | Amount | Forgiveness |
|---|---|---|---|---|---|
| Bill Pmt -Check | | 06/25/2010 | 16268 | 20,000.00 | |
| Bill Pmt -Check | | 06/25/2010 | 16269 | 20,000.00 | 0.00 |

| | | | | Amount | Balance |
|---|---|---|---|---|---|
| **Total Ciardi, Ciardi, & Astin** | | | | 40,000.00 | 0.00 |
| **CITY OF NEWARK**<br>Finance Department P.O. BOX 13447 Philadelphia, PA 19101-3347 | | | | | |
| | Bill Pmt -Check | 05/06/2010 | 16130 | 5,788.97 | |
| | Bill Pmt -Check | 05/19/2010 | 16181 | 6,959.25 | |
| | Bill Pmt -Check | 06/28/2010 | 16275 | 8,916.00 | 0.00 |
| **Total CITY OF NEWARK** | | | | 21,664.22 | 0.00 |
| **Cyberdaptive Inc.**<br>PO Box 7989 Newark, DE 19714 | | | | | |
| | Bill Pmt -Check | 06/15/2010 | 16259 | 11,900.00 | |
| | Bill Pmt -Check | 06/29/2010 | 16303 | 10,000.00 | 13,100.00 |
| **Total Cyberdaptive Inc.** | | | | 21,900.00 | 13,100.00 |
| **DISCOVERY RESOURCES, LLC**<br>P.O. BOX 2158, VINELAND, NJ 08362-2158 | | | | | |
| | Bill Pmt -Check | 04/07/2010 | 16047 | 2,150.00 | |
| | Bill Pmt -Check | 04/16/2010 | 16098 | 2,990.00 | |
| | Bill Pmt -Check | 05/19/2010 | 16184 | 2,990.00 | |
| | Bill Pmt -Check | 06/04/2010 | 16221 | 2,150.00 | 2,990.00 |
| **Total DISCOVERY RESOURCES, LLC** | | | | 10,280.00 | 2,990.00 |
| **EHM ELKTON - BLDG 601-603**<br>10 CORPORATE CIRCLE,SUITE 100 NEW CASTLE, DE 19720 | | | | | |
| | Bill Pmt -Check | 04/07/2010 | 16051 | 20,600.42 | |
| | Bill Pmt -Check | 05/06/2010 | 16140 | 21,134.90 | |
| | Bill Pmt -Check | 06/04/2010 | 16222 | 20,798.50 | |
| | Bill Pmt -Check | 06/28/2010 | 16280 | 1,865.39 | 1,166.66 |
| **Total EHM ELKTON - BLDG 601-603** | | | | 64,399.21 | 1,166.66 |
| **First Insurance Funding Corp.** | | | | | |
| | Bill Pmt -Check | 04/07/2010 | 16053 | 6,197.46 | |

| Type | Date | Num | Amount | |
|---|---|---|---|---|
| Bill Pmt -Check | 05/06/2010 | 16142 | 6,197.46 | |
| Bill Pmt -Check | 06/04/2010 | 16223 | 6,197.46 | 6,197.46 |
| **Total First Insurance Funding Corp.** | | | 18,592.38 | |

**FRONTIER SCIENTIFIC, INC.**
P.O. BOX 31
LOGAN, UT 84323-0031

| Type | Date | Num | Amount | |
|---|---|---|---|---|
| Bill Pmt -Check | 05/19/2010 | 16190 | 22,823.50 | |
| Bill Pmt -Check | 06/04/2010 | 16225 | 2,785.40 | |
| Bill Pmt -Check | 06/28/2010 | 16283 | 5,747.20 | |
| Bill Pmt -Check | 06/28/2010 | 16305 | 2,693.20 | 0.00 |
| **Total FRONTIER SCIENTIFIC, INC.** | | | 34,049.30 | |

**INTELLIGENT SYSTEMS, INC.**
601 INTERCHANGE BLVD.
NEWARK, DE 19711

| Type | Date | Num | Amount | |
|---|---|---|---|---|
| Bill Pmt -Check | 04/07/2010 | 16058 | 6,489.99 | |
| Bill Pmt -Check | 04/16/2010 | 16105 | 15,000.00 | |
| Bill Pmt -Check | 04/20/2010 | 16087 | 475.00 | |
| Bill Pmt -Check | 05/06/2010 | 16147 | 17,359.92 | |
| Bill Pmt -Check | 05/19/2010 | 16192 | 15,000.00 | |
| Bill Pmt -Check | 06/03/2010 | 16210 | 3,550.00 | |
| Bill Pmt -Check | 06/04/2010 | 16229 | 2,972.99 | |
| General Journal | 06/28/2010 | JE #138 | 8,345.36 | |
| **Total INTELLIGENT SYSTEMS, INC.** | | | 69,193.26 | 4,054.64 |

**KEEN COMPRESSED GAS CO.**
P.O. BOX 15151
WILMINGTON, DE 19850-5151

| Type | Date | Num | Amount | |
|---|---|---|---|---|
| Bill Pmt -Check | 04/07/2010 | 16059 | 1,429.05 | |
| Bill Pmt -Check | 04/16/2010 | 16106 | 1,177.99 | |
| Bill Pmt -Check | 05/06/2010 | 16148 | 1,017.49 | |
| Bill Pmt -Check | 05/19/2010 | 16193 | 1,700.26 | |
| Bill Pmt -Check | 06/04/2010 | 16230 | 700.44 | |
| Bill Pmt -Check | 06/28/2010 | 16287 | 1,535.16 | |

Total KEEN COMPRESSED GAS CO.     7,560.39     3,379.70

**METLIFE SBC**
P.O. BOX 804466
KANSAS CITY, MO 64180-4466

| | | | | |
|---|---|---|---|---|
| Bill Pmt -Check | 04/07/2010 | 16061 | 2,461.33 | |
| Bill Pmt -Check | 05/06/2010 | 16149 | 2,176.78 | |
| Bill Pmt -Check | 06/04/2010 | 16232 | 1,736.48 | |

Total METLIFE SBC     6,374.59     1,936.44

**PHENOMENEX**
P.O. BOX 749397
Los Angeles, CA 90074-9397

| | | | | |
|---|---|---|---|---|
| Bill Pmt -Check | 04/07/2010 | 16062 | 1,433.20 | |
| Bill Pmt -Check | 05/19/2010 | 16194 | 4,601.62 | |

Total PHENOMENEX     6,034.82     0.00

**R&D CHEMICALS, INC.**
26 Waters Edge Lane
Mount Sinai, NY 11766

| | | | | |
|---|---|---|---|---|
| Bill Pmt -Check | 05/03/2010 | 16123 | 20,980.00 | |
| Bill Pmt -Check | 06/21/2010 | 16262 | 25,055.00 | |

Total R&D CHEMICALS, INC.     46,035.00     0.00

237 LANCASTER AVE SUITE
1000 DEVON, PA 19333

| | | | |
|---|---|---|---|
| Bill Pmt -Check | 04/07/2010 | 16063 | 7,965.00 |
| Bill Pmt -Check | 05/06/2010 | 16153 | 665.00 |
| Bill Pmt -Check | 06/04/2010 | 16237 | 6,365.00 |

14,995.00     0.00

**Select Staffing**
24223 Network Place
Chicago, IL 60673-1242

| | | | |
|---|---|---|---|
| Bill Pmt -Check | 04/07/2010 | 16064 | 2,495.98 |
| Bill Pmt -Check | 04/16/2010 | 16109 | 2,382.00 |
| Bill Pmt -Check | 05/06/2010 | 16154 | 12,571.42 |
| Bill Pmt -Check | 05/19/2010 | 16195 | 1,955.00 |
| Bill Pmt -Check | 06/04/2010 | 16238 | 4,472.41 |

| | | Date | | | | |
|---|---|---|---|---|---|---|
| | Bill Pmt -Check | 06/28/2010 | 16291 | | 6,264.29 | |
| **Total Select Staffing** | | | | | 30,141.10 | 5,664.51 |
| **Symyx Software**<br>P O BOX 309<br>ALACHUA, FL 32616-0309 | Bill Pmt -Check<br>Bill Pmt -Check | 04/07/2010<br>05/06/2010 | 16066<br>16156 | | 3,251.85<br>3,150.00 | |
| **Total Symyx Software** | | | | | 6,401.85 | 0.00 |
| **Varian (Formerly Analogix)**<br>P.O. Box 93752<br>Chicago, IL 60673 | Bill Pmt -Check | 05/06/2010 | 16162 | | 6,800.00 | |
| **Total Varian (Formerly Analogix)** | | | | | 6,800.00 | 0.00 |
| **Waters Technologies Corporation**<br>Dept CH 14373<br>Palatine, IL 60055-4373 | Bill Pmt -Check<br>Bill Pmt -Check<br>Bill Pmt -Check | 04/07/2010<br>04/28/2010<br>06/04/2010 | 16082<br>16120<br>16250 | | 28.97<br>5,646.80<br>224.45 | |
| | | | | 5,900.22 | 0.00 | |

| Lessor | Type | Principal<br>Amount Paid in<br>Last 90 days | Interest<br>Amount Paid in<br>Last 90 days | Total<br>Payment | Approx. Payoff<br>Amount |
|---|---|---|---|---|---|
| GE Capital | captial<br>Lease | 0.00 | 0.00 | 0.00 | 25,256.87 |
| GE Capital | captial<br>Lease | 0.00 | 0.00 | 0.00 | 142,398.94 |
| GE Capital | captial<br>Lease | 0.00 | 0.00 | 0.00 | 30,718.36 |
| GE Capital | captial<br>Lease | 0.00 | 0.00 | 0.00 | 39,819.40 |
| GE Capital | captial<br>Lease | 0.00 | 0.00 | 0.00 | 184,370.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Royal Leasing | captial Lease | 5/3/2010 | 887.32 | 1,062.87 | 1,950.19 | |
| | | 5/27/2010 | 907.92 | 1,042.27 | 1,950.19 | 152,470.60 |
| Primary Leasing | captial Lease | 5/3/2010 | 1,205.11 | 1,595.87 | 2,800.98 | |
| | | 5/27/2010 | 1,236.47 | 1,564.51 | 2,800.98 | 212,624.60 |
| Wachovia Leasing | captial Lease | 6/1/2010 | 3,108.80 | 972.24 | 4,081.04 | 141,841.93 |
| Wachovia Leasing | operating Lease | 6/1/2010 | | 2,325.30 | 2,325.30 | 103,000.00 |
| Wachovia Leasing | operating Lease | 6/1/2010 | | 2,448.20 | 2,448.20 | 60,000.00 |
| | captial Lease | 04/16/2010 | 3,530.06 | 1,593.24 | 5,123.30 | |
| | | 05/12/2010 | 3,551.68 | 1,571.62 | 5,123.30 | |
| | | 06/14/2010 | 3,573.43 | 1,549.87 | 5,123.30 | 249,466.41 |
| | captial Lease | 04/16/2010 | 1,996.50 | 901.09 | 2,897.59 | |
| | | 05/12/2010 | 2,008.83 | 888.76 | 2,897.59 | |
| | | 06/14/2010 | 2,021.03 | 876.56 | 2,897.59 | 141,090.65 |

## Schedule 14.

Accounts payable for the following entities:

Adolor Corp Accounts Payable 700 Pennsylvania Drive Exton PA 19341

Amgen, Inc. Accounts Payable PO Box 667 Newbury Park, CA 91319-0667 USA

Biomed Valley Attn: Accounts Payable 1000 E. 50th Street Kansas City, MO 64110

DuPont Corp/Stine-Haskell Research Center c/o Beth G. Slagle Building 300, Room 201-A PO Box 30 Newark, DE 19714-0030

Galenea Corporation Accounts Payable 300 Technology Square Cambridge, MA 02139-3515

Givaudan Flavors Corporation Attn: T. Scott McCluskey Research Scientist II 1199 Edison Drive Cincinnati, OH 45216

J&JPRD, L.L.C. P.O. Box 16535 New Brunswick, NJ 08906

Novartis Inst. BioMedical Research Attn: Accounts Payable P.O. BOX 5990 Portland, OR 97228-5990

Accounts Payable 100 Corporate Court South Plainfield NJ 07080

Reaction Biology Corporation Accounts Payable One Great Valley Parkway Suite 8 Malvern, PA 19355

Redpoint Bio Corporation Attn: Accounts Payable 7 Graphics Drive Ewing, NJ 08628

Scripps Florida Attn: Accounts Payables TPC-12 PO BOX 1047 La Jolla, CA 92038-1047