**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-12139 (CSS) |
| ASDI Incorporated, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor | : | CREDITORS |
| -------------------------------------------------------- | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **CB Research & Development, Inc.**, Attn: Charles Beard, 27 McCollough Dr., New Castle, Delaware 19720, Phone: 302-323-4880, Fax: 302-323-4879

2. **EHM Elkton, Limited Partnership,** Attn: Pearl Fauver, 100 Corporate Circle, Ste 100, New Castle, DE 19720, Phone: 302-322-9500, Fax: 302-322-9518

3. **Keen Compressed Gas,** Attn: Michael Barlow, P.O. Box 15151, Wilmington, DE 19801, Phone: 302-594-4563, Fax: 302-594-4567

                                        ROBERTA A. DeANGELIS
                                        United States Trustee, Region 3


                                        /s/ Jane M. Leamy, for
                                        WILLIAM K. HARRINGTON
                                        ASSISTANT UNITED STATES TRUSTEE

DATED: July 26, 2010

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's counsel: John McLaughlin, Esquire, Phone: (302) 658-1100, Fax: (302) 658-1300