UNITED STATES BANKRUPTCY COURT
DISTRICT OF Delaware

In re: ASDI INCORPORATED § Case No. 10-12139 (CSS)
§
§
§
Debtor(s)

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kurt F. Gwynne, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $643,434.94 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $2,344,152.65 | |

3) Total gross receipts of $2,344,152.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,344,152.65 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $7,090,557.06 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,240,509.60 | $354,001.16 | $354,001.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $354,001.26 | $354,001.26 | $354,001.26 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,357,966.55 | $3,845.57 | $3,845.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,678,175.27 | $8,080,666.59 | $7,568,041.57 | $639,589.37 |
| **TOTAL DISBURSEMENTS** | $8,768,732.33 | $11,033,144.00 | $9,166,400.00 | $2,344,152.65 |

4) This case was originally filed under chapter 11 on 07/01/2010 & was converted to chapter 7 on 10/31/2011. The case was pending for 94 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/29/2018    By: /s/ Kurt F. Gwynne
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds Received from Interim Trustee | 1290-000 | $991,023.59 |
| Interest Income | 1270-000 | $10,094.09 |
| Petty Cash | 1290-000 | $45.97 |
| Avoidance Action Against Sarah Zhao | 1241-000 | $15,000.00 |
| Settlement/Transfer of Property - Kennett Sq., PA | 1210-000 | $700,000.00 |
| Settlement/Transfer of Property - Hockessin, DE | 1210-000 | $189,000.00 |
| Settlement/Transfer of Property - St. Thomas V.I. | 1210-000 | $15,000.00 |
| Settlement/Transfer of Property - Elkton, MD | 1210-000 | $300,000.00 |
| Rental Income from St. Thomas Time Share | 1222-000 | $23,989.00 |
| Avoidance Actions Against Former Ds & Os and Insiders | 1241-000 | $100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,344,152.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | N/A | N/A | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Not Filed | Beard Research and CB Research | 4210-000 | $6,700,000.00 | $0.00 | $0.00 | $0.00 |
| Not Filed | Bentley Financial | 4210-000 | $390,557.06 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$7,090,557.06** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kurt F. Gwynne | 2100-000 | N/A | $64,759.01 | $64,759.01 | $64,759.01 |
| Reed Smith LLP | 3110-000 | N/A | $588,881.92 | $588,881.92 | $588,881.92 |
| Reed Smith LLP | 3120-000 | N/A | $18,428.44 | $18,428.44 | $18,428.44 |
| U.S. Trustee | 2950-000 | N/A | $6,500.00 | $6,500.00 | $6,500.00 |
| George Miller | 2100-000 | N/A | $28,757.50 | $28,757.50 | $28,757.50 |
| George Miller | 2200-000 | N/A | $54.40 | $54.40 | $54.40 |
| Dilworth Paxon | 3210-000 | N/A | $48,514.25 | $48,514.25 | $48,514.25 |
| Dilworth Paxon | 3220-000 | N/A | $2,125.66 | $2,125.66 | $2,125.66 |
| Patterson Schwartz | 3510-000 | N/A | $24,427.50 | $24,427.50 | $24,427.50 |
| John Foster | 3510-000 | N/A | $4,000.00 | $4,000.00 | $4,000.00 |
| Berkshire Hathaway | 3510-000 | N/A | $15,000.00 | $15,000.00 | $15,000.00 |
| Lamore Scarlette | 3991-000 | N/A | $2,579.49 | $2,579.49 | $2,579.49 |
| Lamore Scarlette | 3992-000 | N/A | $25.00 | $25.00 | $25.00 |
| BPVI, LLC | 3510-000 | N/A | $5,997.25 | $5,997.25 | $5,997.25 |
| BPVI, LLC | 3520-000 | N/A | $500.00 | $500.00 | $500.00 |
| Focus Mgmt USA | 3410-000 | N/A | $142,875.00 | $142,875.00 | $142,875.00 |
| Focus Mgmt USA | 3420-000 | N/A | $4,739.28 | $4,739.28 | $4,739.28 |
| Miller Coffey Tate | 3310-000 | N/A | $23,107.50 | $23,107.50 | $23,107.50 |
| Miller Coffey Tate | 3320-000 | N/A | $664.48 | $664.48 | $664.48 |
| A to Z Appliance Repair | 2420-000 | N/A | $260.00 | $260.00 | $260.00 |
| ADT Security Servides | 2420-000 | N/A | $1,801.58 | $1,801.58 | $1,801.58 |
| Andrew Lowry | 2420-000 | N/A | $600.00 | $600.00 | $600.00 |
| Aqua Wastewater Management Inc | 2420-000 | N/A | $1,602.50 | $1,602.50 | $1,602.50 |
| Artesian Water | 2420-000 | N/A | $285.11 | $285.11 | $285.11 |
| Beatson Appraisal Services | 3711-000 | N/A | $300.00 | $300.00 | $300.00 |
| Berkheimer Tax Administration | 2820-000 | N/A | $1,009.91 | $1,009.91 | $1,009.91 |
| Blue Spruce Landscaping | 2420-000 | N/A | $11,916.60 | $11,916.60 | $11,916.60 |
| Bramhall & Hitchen | 2420-000 | N/A | $28,775.75 | $28,775.75 | $28,775.75 |
| Brandywine Septic Services Inc. | 2420-000 | N/A | $100.00 | $100.00 | $100.00 |
| C&R Credit Services, Inc. | 3992-000 | N/A | $1,100.00 | $1,100.00 | $1,100.00 |
| Cecil County | 2820-000 | N/A | $6,835.86 | $6,835.86 | $6,835.86 |

UST Form 101-7-TDR (10/1/2010)

| Payee | Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|
| Chester County Treasurer | 2820-000 | N/A | $8,860.77 | $8,860.77 | $8,860.77 |
| Chester Water Authority | 2420-000 | N/A | $457.63 | $457.63 | $457.63 |
| Delaware Appraisal Group | 3711-000 | N/A | $850.00 | $850.00 | $850.00 |
| Delmarva Power | 2420-000 | N/A | $629.81 | $629.81 | $629.81 |
| Department of the Treasury | 2810-000 | N/A | $6,645.30 | $6,645.30 | $6,645.30 |
| DiBiaso's Cleaning & Restoration Service Inc. | 2420-000 | N/A | $99.00 | $99.00 | $99.00 |
| Digital Legal, LLC | 2990-000 | N/A | $4,271.52 | $4,271.52 | $4,271.52 |
| DTI | 3992-000 | N/A | $10,102.75 | $10,102.75 | $10,102.75 |
| Eagle Bank | 2600-000 | N/A | $20.00 | $20.00 | $20.00 |
| Electrical Solutions | 2420-000 | N/A | $222.51 | $222.51 | $222.51 |
| Government of the U.S. Virgin Islands | 2820-000 | N/A | $2,925.81 | $2,925.81 | $2,925.81 |
| Grannetio, Inc. | 2420-000 | N/A | $1,080.00 | $1,080.00 | $1,080.00 |
| HAB - RET | 2820-000 | N/A | $3,147.04 | $3,147.04 | $3,147.04 |
| Igo Akulou | 2420-000 | N/A | $2,500.00 | $2,500.00 | $2,500.00 |
| International Sureties, Ltd. | 2300-000 | N/A | $2,277.11 | $2,277.11 | $2,277.11 |
| Jara Brothers, LLC | 2420-000 | N/A | $6,500.00 | $6,500.00 | $6,500.00 |
| Kennett Consol. School Dist. | 2820-000 | N/A | $34,428.48 | $34,428.48 | $34,428.48 |
| Keystone Collections Group | 2820-000 | N/A | $21,433.40 | $21,433.40 | $21,433.40 |
| Kleening Made Affordable | 2420-000 | N/A | $695.00 | $695.00 | $695.00 |
| Monique Robeiro | 2420-000 | N/A | $1,050.00 | $1,050.00 | $1,050.00 |
| New Castle County | 2820-000 | N/A | $1,092.46 | $1,092.46 | $1,092.46 |
| Oxford Plumbing & Heating | 2420-000 | N/A | $14,131.00 | $14,131.00 | $14,131.00 |
| Patricia Armato | 2420-000 | N/A | $350.00 | $350.00 | $350.00 |
| PECO | 2420-000 | N/A | $5,944.88 | $5,944.88 | $5,944.88 |
| Pool Care Specialists, Inc. | 2420-000 | N/A | $9,474.77 | $9,474.77 | $9,474.77 |
| R&R Roofing | 2420-000 | N/A | $1,100.00 | $1,100.00 | $1,100.00 |
| Roger Summers Lawn Care, Inc. | 2420-000 | N/A | $800.00 | $800.00 | $800.00 |
| Securion Retirement | 2990-000 | N/A | $4,893.35 | $4,893.35 | $4,893.35 |
| State of Delaware | 2820-000 | N/A | $991.00 | $991.00 | $991.00 |
| Structa-Bond Inc. | 2420-000 | N/A | $525.00 | $525.00 | $525.00 |
| Taylor Oil & Propane | 2420-000 | N/A | $11,487.03 | $11,487.03 | $11,487.03 |
| The Ritz Carlton Club St. Thomas | 2420-000 | N/A | $33,731.71 | $33,731.71 | $33,731.71 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thur-O Pest Management LLC | 2420-000 | N/A | $233.20 | $233.20 | $233.20 |
| Todd J. Ferguson & Sons Painting | 2420-000 | N/A | $2,750.00 | $2,750.00 | $2,750.00 |
| US Legal Support | 3992-000 | N/A | $3,376.56 | $3,376.56 | $3,376.56 |
| Walter Jara | 2420-000 | N/A | $3,650.00 | $3,650.00 | $3,650.00 |
| Wilcox & Fetzer, Ltd. | 3992-000 | N/A | $1,258.52 | $1,258.52 | $1,258.52 |
| TD Bank | 2600-000 | N/A | $2.00 | $2.00 | $2.00 |
| Weichert | 3510-000 | N/A | $17,500.00 | $17,500.00 | $17,500.00 |
| Commonwealth of PA-Kennett Sq. Sale | 2820-000 | N/A | $7,000.00 | $7,000.00 | $7,000.00 |
| Seller Costs-Kennett Sq. Sale | 2500-000 | N/A | $27,000.00 | $27,000.00 | $27,000.00 |
| State of MD-Elkton Sale | 2820-000 | N/A | $750.00 | $750.00 | $750.00 |
| State of MD-Elkton Sale | 2820-000 | N/A | $1,230.00 | $1,230.00 | $1,230.00 |
| Cecil County, MD-Elkton Sale | 2500-000 | N/A | $5.00 | $5.00 | $5.00 |
| St. Thomas, VI-Time Share Sale | 2820-000 | N/A | $1,068.00 | $1,068.00 | $1,068.00 |
| St. Thomas, VI-Time Share Sale | 2500-000 | N/A | $53.00 | $53.00 | $53.00 |
| St. Thomas, VI-Time Share Sale | 2820-000 | N/A | $500.89 | $500.89 | $500.89 |
| New Castle County, DE-Hockessin Sale | 2820-000 | N/A | $1,417.50 | $1,417.50 | $1,417.50 |
| State of Delaware-Hockessin Sale | 2820-000 | N/A | $1,417.50 | $1,417.50 | $1,417.50 |
| ADP | 2990-000 | N/A | $268.00 | $268.00 | $268.00 |
| Reed Smith Escrow Account (Citizens Bank) re: payment of transfer taxes per Paloni Settlement | 2820-000 | N/A | $47,994.96 | $47,994.96 | $47,994.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,346,716.45 | $1,346,716.45 | $1,346,716.45 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ciardi, Ciardi & Astin | 3701-000 | N/A | $110,126.55 | $110,126.55 | $110,126.55 |
| Beard Research | 6990-000 | N/A | $152,585.55 | $152,585.55 | $152,585.55 |
| EHM Elkton Limited Partnership LLP | 6990-000 | N/A | $85,000.00 | $85,000.00 | $85,000.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Dept. of Treasury, IRS | 6810-000 | N/A | $6,289.16 | $6,289.16 | $6,289.16 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | | N/A | $354,001.26 | $354,001.26 | $354,001.26 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Delaware Dept. of Labor | 5800-000 | $0.00 | $158.91 | $158.91 | $158.91 |
| 2 | Dept. of Treasury, IRS | 5800-000 | $0.00 | $3,686.66 | $3,686.66 | $3,686.66 |
| 18 | Elkton Limited Partnership, LLLP | 5200-000 | $0.00 | $695,349.33 | $0.00 | $0.00 |
| 19 | Elkton Limited Partnership, LLLP | 5200-000 | $0.00 | $206,079.32 | $0.00 | $0.00 |
| 13 | Oksana Paloni | 5300-000 | $0.00 | $133,461.56 | $0.00 | $0.00 |
| 12 | Ron Paloni | 5300-000 | $0.00 | $319,230.77 | $0.00 | $0.00 |
| 4 | U.S. Customs and Border Protection | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,357,966.55 | $3,845.57 | $3,845.57 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Not Filed | ACB Blocks LTD (Wire) | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
| 1 | Aerotek Professional Service | 7100-000 | $5,824.50 | $9,069.56 | $9,069.56 | $766.63 |
| Not Filed | AK Scientific | 7100-000 | $113.76 | $0.00 | $0.00 | $0.00 |
| Not Filed | American Chemical Society | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| 17 | Analysis Group | 7100-000 | $21,347.50 | $11,247.50 | $11,247.50 | $950.72 |
| Not Filed | Apocope Trading LTD | 7100-000 | $3,400.00 | $0.00 | $0.00 | $0.00 |
| 16 | ASDI Management Service Corp. | 7100-000 | $19,954.73 | $17,756.60 | $0.00 | $0.00 |
| Not Filed | AT&T Mobility | 7100-000 | $137.69 | $0.00 | $0.00 | $0.00 |
| Not Filed | Atlantic Coast | 7100-000 | $210.00 | $0.00 | $0.00 | $0.00 |
| 11 | CB Research & Development, Inc. | 7100-000 | $0.00 | $6,842,590.41 | $6,842,590.41 | $578,387.61 |
| Not Filed | Blue Cross Blue Shield of Delaware | 7100-000 | $15,281.03 | $0.00 | $0.00 | $0.00 |
| Not Filed | ChemXon LLC | 7100-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |
| Not Filed | Cingular Wireless | 7100-000 | $0.20 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Not Filed | Cingular Wireless | 7100-000 | $0.27 | $0.00 | $0.00 | $0.00 |
| Not Filed | Cingular Wireless | 7100-000 | $61.76 | $0.00 | $0.00 | $0.00 |
| Not Filed | Commercial - Wangerm, Inc. | 7100-000 | $1,394.32 | $0.00 | $0.00 | $0.00 |
| Not Filed | Cyberadaptive, Inc. | 7100-000 | $23,100.00 | $0.00 | $0.00 | $0.00 |
| 2 | Dept. of the Treasury - IRS | 7100-000 | $0.00 | $659.05 | $659.05 | $55.71 |
| 5 | DeLage Landen Fin. Services, assignee of Wachovia Fin. Services | 7100-000 | $0.00 | $317,907.94 | $111,659.67 | $9,438.32 |
| 7 | Delmarva Power | 7100-000 | $69.35 | $176.08 | $176.08 | $14.88 |
| Not Filed | Discovery Resources | 7100-000 | $2,990.00 | $0.00 | $0.00 | $0.00 |
| Not Filed | E.J. Sprague, Co. | 7100-000 | $304.10 | $0.00 | $0.00 | $0.00 |
| Not Filed | EHM Elkton - Bldg 601-603 | 7100-000 | $1,166.66 | $0.00 | $0.00 | $0.00 |
| Not Filed | EHM Elkton - Bldg 605 | 7100-000 | $17,415.11 | $0.00 | $0.00 | $0.00 |
| Not Filed | EHM Elkton - Bldg 614 | 7100-000 | $429,794.69 | $0.00 | $0.00 | $0.00 |
| 15 | Elzufon, Austin, Reardon, Tarlov & Mondell | 7100-000 | $112,136.37 | $130,866.29 | $130,866.29 | $11,061.81 |
| 3 | FedEx Customer Information Services as assignee of FedEx Express/ FedEx Ground | 7100-000 | $0.00 | $4,136.63 | $4,136.63 | $349.66 |
| 9 | Frontier Scientific, Inc. | 7100-000 | $2,693.20 | $4,000.00 | $4,000.00 | $338.11 |
| Not Filed | G & K Service/ Best Uniform Rental | 7100-000 | $2,062.14 | $0.00 | $0.00 | $0.00 |
| 6 | GE Capital | 7100-000 | $382.17 | $339,092.46 | $267,837.53 | $22,639.66 |
| Not Filed | Grainger | 7100-000 | $130.86 | $0.00 | $0.00 | $0.00 |
| Not Filed | Ice Butler | 7100-000 | $776.00 | $0.00 | $0.00 | $0.00 |
| Not Filed | Intelligent Systems, Inc. | 7100-000 | $4,054.64 | $0.00 | $0.00 | $0.00 |
| Not Filed | Keen Compressed Gas Co. | 7100-000 | $2,472.79 | $0.00 | $0.00 | $0.00 |
| Not Filed | Kinley Wilson | 7100-000 | $631.00 | $0.00 | $0.00 | $0.00 |
| Not Filed | Lab Support | 7100-000 | $1,045.50 | $0.00 | $0.00 | $0.00 |
| Not Filed | Metlife SBC | 7100-000 | $1,936.44 | $0.00 | $0.00 | $0.00 |
| Not Filed | Neopost | 7100-000 | $118.89 | $0.00 | $0.00 | $0.00 |
| Not Filed | Oksana Paloni | 7100-000 | $133,461.56 | $0.00 | $0.00 | $0.00 |
| Not Filed | Rem Systems, Inc. | 7100-000 | $2,319.76 | $0.00 | $0.00 | $0.00 |
| Not Filed | Ron Paloni | 7100-000 | $319,230.77 | $0.00 | $0.00 | $0.00 |
| Not Filed | Select Staffing | 7100-000 | $5,664.51 | $0.00 | $0.00 | $0.00 |
| Not Filed | Spectrum Chemical & Laboratory | 7100-000 | $40.64 | $0.00 | $0.00 | $0.00 |
| Not Filed | Sprint Communications | 7100-000 | $50.93 | $0.00 | $0.00 | $0.00 |
| Not Filed | Standard Insurance | 7100-000 | $613.72 | $0.00 | $0.00 | $0.00 |
| Not Filed | Tecot Electric Supply Co. | 7100-000 | $22.30 | $0.00 | $0.00 | $0.00 |
| Not Filed | Uline | 7100-000 | $880.51 | $0.00 | $0.00 | $0.00 |
| Not Filed | United Electric Supply Co. Inc. | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| Not Filed | United Water | 7100-000 | $170.45 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | Not Filed | UPS | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | Not Filed | Verizon 302-737-0915 CS | 7100-000 | $208.20 | $0.00 | $0.00 | $0.00 |
| | 8 | Verizon Wireless | 7100-000 | $604.59 | $1,280.77 | $1,280.77 | $108.26 |
| | Not Filed | VWR International | 7100-000 | $860.48 | $0.00 | $0.00 | $0.00 |
| | 14 | W.B. Mason Co., Inc. | 7100-000 | $299.82 | $736.33 | $736.33 | $62.24 |
| | Not Filed | Wachovia Business Lease | 7100-000 | $2,670.48 | $0.00 | $0.00 | $0.00 |
| | Not Filed | XO Communications | 7100-000 | $1,406.27 | $0.00 | $0.00 | $0.00 |
| | Not Filed | Young, Conaway, Stargatt & Taylor, LLP | 7100-000 | $526,297.15 | $0.00 | $0.00 | $0.00 |
| | Not Filed | First Insurance Funding Corp | 7100-000 | $6,197.46 | $0.00 | $0.00 | $0.00 |
| | 10 | Royal Bank America Leasing, L.P. | 7100-000 | $0.00 | $401,147.07 | $182,375.48 | $0.00 |
| | | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $1,678,175.27 | $8,080,666.59 | $7,568,041.57 | $639,589.37 |